# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| **CHARLES WILLIAMS,** individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>**BIENVILLE ORTHOPAEDIC SPECIALISTS LLC,**<br><br>    Defendant. | Case No. 1:23-cv-00232-LG-MTP<br><br>Complaint filed September 12, 2023 |
| **ROBERT FENDLEY,** individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>**BIENVILLE ORTHOPAEDIC SPECIALISTS LLC,**<br><br>    Defendant. | Case No. 1:23-cv-00234-LG-MTP<br><br>Complaint filed September 15, 2023 |
| **GUY SCHENCK,** individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>**BIENVILLE ORTHOPAEDIC SPECIALISTS LLC,**<br><br>    Defendant. | Case No. 1:23-cv-00237-HSO-RPM<br><br>Complaint filed September 18, 2023 |
| **DEBBIE SLUSSER,** individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v. | Case No. 1:23-cv-00238-HSO-RPM<br><br>Complaint filed September 18, 2023 |

| | |
|---|---|
| **BIENVILLE ORTHOPAEDIC SPECIALISTS LLC,**<br><br>                        Defendant. | |
| **BRADLEY MCCOY and NANCY MCCOY,** individually and on behalf of all others similarly situated,<br><br>                        Plaintiffs,<br>v.<br><br>**BIENVILLE ORTHOPAEDIC SPECIALISTS LLC,**<br><br>                        Defendant. | Case No. 1:23-cv-00243-LG-RPM<br><br>Complaint filed September 18, 2023 |
| **ROBERT HARRIS,** individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br>v.<br><br>**BIENVILLE ORTHOPAEDIC SPECIALISTS LLC,**<br><br>                        Defendant. | Case No. 1:23-cv-00248-HSO-BWR<br><br>Complaint filed September 25, 2023 |
| **RICHARD ROSE,** individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br>v.<br><br>**BIENVILLE ORTHOPAEDIC SPECIALISTS LLC,**<br><br>                        Defendant. | Case No. 1:23-cv-00253-LG-MTP<br><br>Complaint filed September 28, 2023 |

**PLAINTIFFS' MOTION TO CONSOLIDATE AND APPOINT EXECUTIVE
LEADERSHIP COMMITTEE PURSUANT TO FRCP 23(G)**

Under Federal Rules of Civil Procedure 42(a) and 23(g)(3) and L.R. 42, Plaintiffs Charles Williams, Robert Fendley, Guy Schenck, Debbie Slusser, Bradley and Nancy McCoy, Robert Harris, and Richard Rose (collectively, "Plaintiffs"), by and through their undersigned counsel, respectfully move this Honorable Court for the consolidation of *Williams v. Bienville Orthopaedic Specialists, LLC*, Case No. 1:23-cv-00232-LG-MTP (filed September 12, 2023); *Fendley v. Bienville Orthopaedic Specialists, LLC*, Case No. 1:23-cv-00234-LG-MTP (filed September 15, 2023); *Schenck v. Bienville Orthopaedic Specialists, LLC*, Case No. 1:23-cv-00237-HSO-RPM (filed September 18, 2023); *Slusser v. Bienville Orthopaedic Specialists, LLC*, Case No. 1:23-cv-00238-HSO-RPM (filed September 18, 2023); *McCoy v. Bienville Orthopaedic Specialists, LLC*, Case No. 1:23-cv-00243-LG-RPM (filed September 22, 2023); *Harris v. Bienville Orthopaedic Specialists, LLC*, Case No. 1:23-cv-00248-HSO-BWR (filed September 25, 2023), and *Rose v. Bienville Orthopaedic Specialists, LLC*, Case No. 1:23-cv-00253-LG-MTP (filed September 28, 2023) (collectively, the "Related Actions").[1]

Plaintiffs also move for an order appointing an interim Executive Leadership Committee as interim class counsel on behalf of Plaintiffs and the putative Class of: Raina C. Borrelli of Turke & Strauss LLP (to serve as Chair of the Executive Committee), Daniel Srourian of Srourian Law Firm, P.C., Danielle Perry of Mason LLP, Gary M. Klinger of Milberg Coleman Bryson Phillips Grossman, and Brooke Murphy of the Murphy Law Firm, and appointing J. Matthew Eichelberger of Eichelberger Law Firm, PLLC, as liaison counsel (together, the "Proposed Leadership Committee"). As explained in Plaintiffs' memorandum, the appointment of the Proposed Leadership Committee will provide the counsel "best able to represent the interests of the class." *See* Fed. R. Civ. P. 23(g)(2).

---

[1] Counsel for Defendant has not yet appeared in this case, and thus Plaintiffs were unable to confer to obtain Defendant's position on the relief requested.

Dated: September 29, 2023          Respectfully Submitted,

                                                 By: */s/ Raina C. Borrelli*
                                                        Raina C. Borrelli (*pro hac vice*)
                                                        Samuel J. Strauss (*pro hac vice* anticipated)
                                                        TURKE & STRAUSS LLP
                                                        613 Williamson St., Suite 201
                                                        Madison, Wisconsin 53703-3515
                                                        Telephone: (608) 237-1775
                                                        Facsimile: (608) 509-4423
                                                        raina@turkestrauss.com
                                                        sam@turkestrauss.com

                                                        Jonathan Matthew Eichelberger
                                                        EICHELBERGER LAW FIRM, PLLC
                                                        308 E. Pearl St., Suite 201
                                                        Jackson, MS 39201
                                                        Telephone: (601) 292-7940
                                                        Facsimile: (601) 510-9103
                                                        matt@ike-law.com

                                                        *Counsel for Plaintiff CHARLES WILLIAMS*

                                                        Robert G. Germany
                                                        GERMANY LAW FIRM, PLLC
                                                        2060 Main Street
                                                        P.O. Box 1028
                                                        Madison, MS 39110
                                                        Telephone: (601) 487-0555
                                                        Facsimile: (601) 487-1088
                                                        bob@bobgermanylaw.com

                                                        Daniel Srourian, Esq. (*pro hac vice* admission forthcoming)
                                                        SROURIAN LAW FIRM, P.C.
                                                        3435 Wilshire Blvd. Suite 1710
                                                        Los Angeles, California 90010
                                                        Telephone:(213) 474-3800
                                                        Facsimile:(213) 471-4160
                                                        Email: daniel@slfla.com

                                                        *Counsel for Plaintiff ROBERT FENDLEY*

                                                        Erik S. Heninger
                                                        HENINGER GARRISON DAVIS, LLC
                                                        P. O. Box 11310

2224 First Avenue North (35203)
Birmingham, AL 35202
Telephone: (205) 326-3336
Facsimile: (205) 326-3332
erik@hgdlawfirm.com

Gary E. Mason (*pro hac vice* admission forthcoming)
Danielle L. Perry (*pro hac vice* admission forthcoming)
Lisa A. White (*pro hac vice* admission forthcoming)
MASON LLP
5335 Wisconsin Avenue, NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290
Email: gmason@masonllp.com
Email: dperry@masonllp.com
Email: lwhite@masonllp.com

*Counsel for Plaintiff GUY SCHENCK*

Jonathan Matthew Eichelberger
EICHELBERGER LAW FIRM, PLLC
308 E. Pearl St., Suite 201
Jackson, MS 39201
Telephone: (601) 292-7940
Facsimile: (601) 510-9103
matt@ike-law.com

Gary M. Klinger (*pro hac vice*)
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC - Chicago
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

Justin C. Walker (*pro hac vice*)
MARKOVITS, STOCK & DE MARCO, LLC - Cincinnati
119 East Court Street, Suite 530
Cincinnati, OH 45202
Telephone: 513-651-3700
Facsimile: 513-665-0219
jwalker@msdlegal.com

*Counsel for Plaintiff DEBBIE SLUSSER*

Jonathan Matthew Eichelberger
EICHELBERGER LAW FIRM, PLLC
308 E. Pearl St., Suite 201
Jackson, MS 39201
Telephone: (601) 292-7940
Facsimile: (601) 510-9103
matt@ike-law.com

A. Brooke Murphy (*pro hac vice* admission forthcoming)
MURPHY LAW FIRM
4116 Wills Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
Telephone: (405) 389-4989
abm@murphylegalfirm.com

*Counsel for Plaintiffs BRADLEY MCCOY and NANCY MCCOY*

Justin G. Witkin
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC - Pensacola
17 E. Main Street, Suite 200
Pensacola, FL 32502
Telephone: (850) 202-1010
Facsimile: (850) 916-7449
jwitkin@awkolaw.com

Jeff Ostrow (*pro hac vice* admission forthcoming)
KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: 954-525-4100
ostrow@kolawyers.com

William "Billy" Peerce Howard
THE CONSUMER PROTECTION FIRM, PLLC
301 East Jackson Street, Suite 2340
Truist Place
Tampa, FL 33602
Telephone: 813-500-1500
billy@TheConsumerProtectionFirm.com

4

*Counsel for Plaintiff ROBERT HARRIS*

Jonathan Matthew Eichelberger
EICHELBERGER LAW FIRM, PLLC
308 E. Pearl St., Suite 201
Jackson, MS 39201
Telephone: (601) 292-7940
Facsimile: (601) 510-9103
matt@ike-law.com

Kevin Laukaitis
LAUKAITIS LAW LLC
954 Avenida Ponce De Leon
Suite 2015, #10518
klaukaitis@laukaitislaw.com

*Counsel for Plaintiff RICHARD ROSE*

## **CERTIFICATE OF SERVICE**

I, Raina C. Borrelli, hereby certify that on September 29, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 29th day of September, 2023.

                                    TURKE & STRAUSS LLP

                                    By:  */s/ Raina C. Borrelli*
                                            Raina C. Borrelli
                                            raina@turkestrauss.com
                                            TURKE & STRAUSS LLP
                                            613 Williamson St., Suite 201
                                            Madison, WI 53703
                                            Telephone: (608) 237-1775
                                            Facsimile: (608) 509-4423