IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **CHARLES WILLIAMS, AMBER COCHRAN, CASEY CROSBY, ROBERT FENDLEY, GUY SCHENCK, DEBBIE SLUSSER, ROBERT HARRIS, and RICHARD ROSE, individually and behalf of all others similarly situated** | **PLAINTIFFS** |
| v. | **CAUSE NO. 1:23CV232-LG-MTP** |
| **BIENVILLE ORTHOPAEDIC SPECIALISTS, LLC** | **DEFENDANT** |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered herewith, this Court finds that it does not have jurisdiction over this lawsuit because the plaintiffs have not alleged sufficient facts to demonstrate Article III standing.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this lawsuit is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Clerk of Court shall file this Judgment in each of the following member cases: 1:23cv234-LG-MTP, 1:23cv237-LG-MTP, 1:23cv238-LG-MTP, 1:23cv243-LG-MTP, 1:23cv248-LG-MTP, and 1:23cv253-LG-MTP.

-2-

**SO ORDERED AND ADJUDGED** this the 18th day of June, 2024.

*s/ Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE